UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | Case No.: 2:03-CV-01431-RCJ-PAL<br>2:05-CV-01331-RCJ-PAL |
| REORGANIZED FLI, INC. *ET AL.,*<br><br>Plaintiffs,<br><br>vs.<br><br>ONEOK, INC., *et al.*,<br><br>Defendants. | ORDER VACATING STATUS CONFERENCE SET FOR MONDAY, OCTOBER 22, 2018 |

IT IS HEREBY ORDERED that the Status Conference currently set for 09:00 A.M., Monday, October 22, 2018, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones is VACATED.

IT IS SO ORDERED this 18th day of October, 2018.

_____
ROBERT C. JONES