**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | ) ) ) ) | MDL Docket No. 1566<br>CV-S-03-1431-RCJ (PAL)<br>BASE FILE |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| *Reorganized FLI, Inc. v. ONEOK Inc., et al.* | ) ) ) | Case No. CV-S-05-1331-RCJ (PAL) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and pursuant to the Stipulation and Confidential Settlement Agreement dated December 31, 2018, between Plaintiff, Reorganized FLI, Inc., a Kansas Corporation and successor to Farmland Industries, Inc. (hereinafter "Farmland"), and Defendants, El Paso Corporation (n/k/a El Paso LLC) and El Paso Merchant Energy, L.P. (n/k/a El Paso Marketing Company, L.L.C.) (hereinafter collectively "El Paso"), Farmland hereby dismisses this action as against El Paso, with prejudice and without costs or attorneys' fees to any party.

Dated: December 31, 2018         McCALLISTER LAW GROUP, LLC

/s/ Gary D. McCallister
Gary D. McCallister
McCallister Law Group, LLC
120 N. LaSalle Street, Suite 2800
Chicago, IL 60602
Telephone: (312) 345-0611
gdm@mccallisterlawgroup.com

*Counsel for Plaintiff Reorganized FLI, Inc., Successor to Farmland Industries, Inc.*

Dated: December 31, 2018

LOCKE LORD, LLP

*/s/ Bradley C. Weber*
Bradley C. Weber
Locke Lord, LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8497
bweber@lockelord.com

*Counsel for El Paso Corporation and
El Paso Merchant Energy, L.P.*

IT IS SO ORDERED this 14th day of January, 2018.

_____
HON. ROBERT C. JONES

2